**Order entered October 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00411-CR**
**No. 05-20-00412-CR**

**ZACHARY LOGAN VAUGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-47747-S & F19-47748-S**

**ORDER**

Before the Court is appellant's October 2, 2020 final motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received on October 1 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE